## THE STATE *v.* BAKER.

From the Ohio Circuit Court.

*C. A. Buskirk*, Attorney General, for the State.

WORDEN, J.—In this case, no error is assigned. Without an assignment of error, we can not know of what the State complains.

The appeal is dismissed.